

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-002-CR

THE STATE OF TEXAS                                              STATE

V.

SHERAN LOGAN                                                  APPELLEE

----------

### FROM COUNTY CRIMINAL COURT NO. 4 OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "State's Motion Requesting Withdrawal Of Notice Of Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See id.;* Tex. R. App. P. 43.2(f).

It is further ordered that the State shall pay all costs of this appeal, for which let execution issue. *See* Tex. Code Crim. Proc. Ann. art. 44.01(f) (Vernon Supp. 2004—05).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

----------

[1] *See* Tex. R. App. P. 47.4.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 5, 2009